# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0218. BENJAMIN EUGENE ISAAC v. THE STATE.**

In 2002, Benjamin Eugene Isaac pled guilty to possession of a firearm by a convicted felon. He subsequently filed a pro se motion for out-of-time appeal, which the trial court denied. Isaac filed this discretionary application seeking appellate review of the trial court's order.

A defendant who pled guilty may be entitled to an out-of-time appeal if a direct appeal was not taken due to ineffective assistance of counsel and the issue on appeal can be resolved by reference to facts on the record. *Hicks v. State*, 281 Ga. 836, 836-37 (642 SE2d 31) (2007). "'The denial of a motion for out-of-time appeal is directly appealable when the criminal conviction at issue has not been the subject of direct appeal.'" *Grace v. State*, 295 Ga. 657, 658 (763 SE2d 461) (2014). Thus, Isaac has a right of direct appeal.

We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Isaac shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___01/19/2016___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*